UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  22-22753-CIV-MARTINEZ-BECERRA**

KARINA ESCOBAR,

      Plaintiff,

vs.

TIMOTHY WILCOX INC., D/B/A
BEACHES BAR AND GRILL, *et al.*,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Karina Escobar's Unopposed Motion for Bill of Costs, (ECF No. 66). Judge Becerra filed an R&R recommending that the Motion for Bill of Costs be granted.  (ECF No. 70).  The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 70), is **AFFIRMED** and **ADOPTED**.

2. The Motion for Bill of Costs, (ECF No. 66), is **GRANTED**. Plaintiff is to be awarded $490.00 in taxable costs.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 14 day of February, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record